IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BAXMEYER CONSTRUCTION, INC.,

Plaintiff,

v.

U.S. COMPOSITE PIPE SOUTH, LLC
*et al.*,

Defendants.

Case No. 20-cv-1170 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 10/5/2022**          MONICA A. STUMP, Clerk of Court

                              **s/Tina Gray, Deputy Clerk**


**Approved:**     *s/J. Phil Gilbert*
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**